AO 91 (Rev. 11/11)   Criminal Complaint

FILED
United States District Court
Albuquerque, New Mexico

Mitchell R. Elfers
Clerk of Court

# UNITED STATES DISTRICT COURT
### for the
### District of New Mexico ▾

| | | | |
|---|---|---|---|
| United States of America | ) | | |
| v. | ) | | |
| SAMSON MIGUEAL HARDRIDGE (YOB 1988) | ) | Case No. | 22-MJ-245 |
| | ) | | |
| | ) | | |
| | ) | | |
| | ) | | |

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____February 18, 2022_____ in the county of _____Bernalillo_____ in the _____ District of _____New Mexico_____ , the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| Title 49 U.S.C. 46501 | Interference with Flight Crew Members and Attendants |

This criminal complaint is based on these facts:

Please see affidavit attached hereto and herein incorporated by reference, which is continued on the attached sheet and made part hereof.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Stacey Stout, Special Agent
_____
*Printed name and title*

Sworn to me telephonically and electronically signed.

Date: ___February 18, 2022___

_____
*Judge's signature*

City and state: _____Albuquerque, New Mexico_____

Kirtan Khalsa, United States Magistrate Judge
_____
*Printed name and title*

## AFFIDAVIT

Your affiant, Stacey Stout, having been duly sworn, does hereby depose and say:

## Introduction

1. I have been a Special Agent of the Federal Bureau of Investigation (FBI), United States Department of Justice, since September 2019. As such, I am a "federal law enforcement officer" within the meaning of Federal Rule of Criminal Procedure 41(a)(2)(C), that is, a government agent engaged in enforcing the criminal laws and duly authorized by the Attorney General to request arrest warrants. I am currently assigned to the FBI's Albuquerque Field Office in which I am authorized to investigate crimes. I also have investigative responsibility for crimes committed onboard commercial air aircraft.

2. The information set forth in this affidavit is based upon my personal knowledge, and upon information reported to me by other law enforcement officers during the course of their official duties, all of who I believe to be truthful and reliable. Throughout this affidavit, reference will be made to law enforcement officers. The law enforcement officers are those who have directly participated in this investigation, and with whom your affiant has had contact regarding this investigation. This affidavit is also based upon information gained from interviews with cooperating victims and witnesses, whose reliability is established separately herein.

3. Based on my training, experience, and the facts set forth in this affidavit, I believe there is probable cause that a violation of United States Code Title 49 § 46501 and 46504 – Interference with Flight Crew Members and Attendants – was committed by SAMSON MIGUEAL HARDRIDGE (YOB 1988), on February 18, 2022, within the District of New Mexico and while aboard Southwest Flight 474, an aircraft within special aircraft jurisdiction of the United States. Specifically, HARDRIDGE did unlawfully and knowingly interfered with Flight Attendant 1, a flight crew member, and did thereby interfere and attempt to interfere with the

1

performance of the duties of Flight Attendant 1 and, in doing so, did lessen and attempt to lessen the ability of Flight Attendant 1 to perform those duties.

4.   Because this affidavit is submitted for the limited purpose of securing an arrest warrant, your affiant has not included each and every fact known to me concerning this investigation. This affidavit is intended to show that there is sufficient probable cause for the requested criminal complaint.

## **Relevant Statutes**

5.   This investigation concerns alleged violations of United States Code Title 49 § 46504 – Interference with Flight Crew Members and Attendants. Section 46504 provides that "An individual on an aircraft in the special aircraft jurisdiction of the Unite States who, by assaulting or intimidating a flight crew member or flight attendant of the aircraft, interferes with the performance of the duties of the member or attendant or lessens the ability of the member or attendant to perform those duties, or attempts or conspires to do such and act" shall be in violation of the statute.

## **Probable Cause**

6.   As set forth below, there is probable cause to believe that SAMSON MIGUEAL HARDRIDGE, on an aircraft in the special jurisdiction of the United States, committed the federal offense of interfering with flight crew members and attendants [49 U.S.C. § 46504]. Specifically, as detailed below, there is probable cause to believe that HARDRIDGE committed this offense against Flight Attendant 1 [hereinafter FA1]. On February 18, 2022, while onboard Southwest Flight 474, HARDRIDGE interfered with FA1 to the point they could no longer perform their duties and requested the pilot divert the aircraft to the nearest airport.

2

## Background

7. On February 18, 2022, SAMSON MIGUEAL HARDRIDGE was a passenger aboard Southwest Flight 474, a civil aircraft which originated from Dallas, Texas and destined to Burbank, California. After takeoff, while in flight, HARDRIDGE left his seat to use the lavatory at the back of the plane. FA1 asked HARDRIDGE to stand on the carpet in the aisle of the aircraft since the galley was too small. HARDRIDGE had his hands in his pants and asked FA1 if they wanted to see his penis to which they declined, and again requested that HARDRIDGE remain on the carpeted area of the aircraft aisle. HARDRIDGE proceeded to the aft galley door of the aircraft and began urinating in the corner of the aircraft. Flight Attendant 2 [hereinafter FA2] informed HARDRIDGE he could not urinate there to which HARDRIDGE became very hostile. FA1 felt as if HARDRIDGE was going to attack FA1 and FA2 as HARDRIDGE yelled and threatened FA1 and FA2 calling them "Dumb Bitches" and infringing on their personal space. FA1 asked HARDRIDGE if he could clean up his urine and he continued his hostile behavior against FA1 and FA2 so HARDRIDGE was asked to take his seat as FA 1 feared for their life due to their belief that his behavior was unpredictable and FA1 did not want anyone on the flight to be hurt. FA2 then informed the pilot and the flight was diverted as they feared for their safety as well as that of the flight. The plance subsequently landed in Albuquerque, New Mexico. HARDRIDGE, as a result of his actions, lessened the ability of FA1 and FA2 to perform their respective duties.

## Conclusion

8. Based on the aforementioned facts, your affiant respectfully submits that there is probable cause to believe that on or about February 18, 2022, SAMSON MIGUEAL HARDRIDGE committed the federal offense of United States Code Title 49 §§ 46501 and 46504 – Interference with Flight Crew Members and Attendants- interfering with FA1 and causing the pilot to divert the aircraft from the intended destination of Burbank, California to Albuquerque, New Mexico.

9.  I swear that this information is true and correct to the best of my knowledge.

_____
Stacey Stout, Special Agent - FBI

SUBSCRIBED and SWORN telephonically
And signed electronically this 18th day of February, 2022.

_____
The Honorable Kirtan Khalsa
United States Magistrate Judge

4